## Earnings Statement 1

**Cuddy & Associates LLC**
1100 Batavia Farm Road
Rosedale, MD 21237

Check Date: December 21, 2018
Period Beginning: December 10, 2018
Period Ending: December 16, 2018

Reece C Hardison  Employee Number 1042  Department 100  Voucher Number 5889
Net Pay: 1,086.44

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 24.50 | 10.00 | 245.00 | 1751.00 | 61758.25 |
| Regular | 38.60 | 30.00 | 1158.00 | | 0.00 |
| Bonus | | | | | 980.00 |
| OT | | | | 20.00 | 1158.00 |
| PTO | | | | 104.00 | 2548.00 |
| Total Gross Pay | | 40.00 | 1403.00 | 1875.00 | 66444.25 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1403.00 | 20.34 | 963.44 |
| OASDI | | 1403.00 | 86.98 | 4119.54 |
| Oxford T. | | 1403.00 | 21.04 | 996.68 |
| Pennsylvania SITW | | 1403.00 | 43.07 | 2039.86 |
| Federal Income Tax | M/0 | 1403.00 | 134.38 | 6291.56 |
| Total Tax Withholding | | | 305.81 | 14411.08 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| NATIONWIDE | 10.75 | 491.55 |
| Advance 1 | | 1.92 |
| Total Deductions | 10.75 | 493.47 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx2241 | xxxxxx9488 | 1086.44 |
| Total Direct Deposits | | 1086.44 |

---

## Earnings Statement 2

**Cuddy & Associates LLC**
1100 Batavia Farm Road
Rosedale, MD 21237

Check Date: December 28, 2018
Period Beginning: December 17, 2018
Period Ending: December 23, 2018

Reece C Hardison  Employee Number 1042  Department 100  Voucher Number 5938
Net Pay: 959.26

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 38.60 | 32.00 | 1235.20 | 1783.00 | 62993.45 |
| Bonus | | | | | 980.00 |
| OT | | | | 20.00 | 1158.00 |
| PTO | | | | 104.00 | 2548.00 |
| Total Gross Pay | | 32.00 | 1235.20 | 1907.00 | 67679.45 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1235.20 | 17.91 | 981.35 |
| OASDI | | 1235.20 | 76.59 | 4196.13 |
| Oxford T. | | 1235.20 | 18.53 | 1015.21 |
| Pennsylvania SITW | | 1235.20 | 37.92 | 2077.78 |
| Federal Income Tax | M/0 | 1235.20 | 114.24 | 6405.80 |
| Total Tax Withholding | | | 265.19 | 14676.27 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| NATIONWIDE | 10.75 | 502.30 |
| Advance 1 | | 1.92 |
| Total Deductions | 10.75 | 504.22 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx2241 | xxxxxx9488 | 959.26 |
| Total Direct Deposits | | 959.26 |

Cuddy & Associates LLC  
1100 Batavia Farm Road  
Rosedale, MD 21237

**Earnings Statement**

Check Date: December 14, 2018  
Period Beginning: December 14, 2018  
Period Ending: December 14, 2018  

Reece C Hardison    Employee Number  1042    Department  100    Check Number  10693  
Net Pay  776.62  
Check Amount  776.62  

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Bonus | 0.00 | | 980.00 | | 980.00 |
| OT | | | | 20.00 | 1158.00 |
| PTO | | | | 104.00 | 2548.00 |
| Regular | | | | 1711.00 | 60355.25 |
| **Total Gross Pay** | | | 980.00 | 1835.00 | 65041.25 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 980.00 | 14.21 | 943.10 |
| OASDI | | 980.00 | 60.76 | 4032.56 |
| Oxford T. | | 980.00 | 14.70 | 975.64 |
| Pennsylvania SITW | | 980.00 | 30.09 | 1996.79 |
| Federal Income Tax | M/0 | 980.00 | 83.62 | 6157.18 |
| **Total Tax Withholding** | | | 203.38 | 14105.27 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Advance 1 | | 1.92 |
| NATIONWIDE | | 480.80 |
| **Total Deductions** | | 482.72 |

**Direct Deposits**    Account    Amount  
No Direct Deposits

---

Cuddy & Associates LLC  
1100 Batavia Farm Road  
Rosedale, MD 21237

**Earnings Statement**

Check Date: December 14, 2018  
Period Beginning: December 03, 2018  
Period Ending: December 09, 2018  

Reece C Hardison    Employee Number  1042    Department  100    Voucher Number  5837  
Net Pay  1,193.27

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 38.60 | 40.00 | 1544.00 | 1711.00 | 60355.25 |
| OT | | 20.00 | | | 1158.00 |
| PTO | | | | 104.00 | 2548.00 |
| **Total Gross Pay** | | 40.00 | 1544.00 | 1835.00 | 64061.25 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1544.00 | 22.39 | 928.89 |
| OASDI | | 1544.00 | 95.73 | 3971.80 |
| Oxford T. | | 1544.00 | 23.16 | 960.94 |
| Pennsylvania SITW | | 1544.00 | 47.40 | 1966.70 |
| Federal Income Tax | M/0 | 1544.00 | 151.30 | 6073.56 |
| **Total Tax Withholding** | | | 339.98 | 13901.89 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| NATIONWIDE | 10.75 | 480.80 |
| Advance 1 | | 1.92 |
| **Total Deductions** | 10.75 | 482.72 |

**Direct Deposits**    Account    Amount  
xxxxx2241    xxxxxx9488    1193.27  
**Total Direct Deposits**    1193.27