Chambersburg Area School District                Chambersburg, PA 17201-3605

| Employee Name | Period | Pay Cycle | End Date | Pay Date | Deposit Date |
|---|---|---|---|---|---|
| Hinton-Hardison, Lisa M | 13 | Salary Bi-weekly 1 | 12/23/2018 | 12/21/2018 | 12/21/2018 |
| Federal Status: Married, Exe: 1 | | State: PA 3.07% | | | |

| EARNINGS | Reg Hrs | O/T Hrs | Rate | Amt | Over time | FTD | YTD |
|---|---|---|---|---|---|---|---|
| Other Accum. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,178.06 | 2,178.06 |
| ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Teacher Assistant | 0.00 | 0.00 | 0.00 | 589.62 | 0.00 | 5,896.20 | 13,319.46 |
| Highly Qualified | 0.00 | 0.00 | 0.00 | 10.58 | 0.00 | 105.80 | 275.00 |
| **EARNINGS Total:** | 0.00 | 0.00 | | | 600.20 | 8,180.06 | 15,772.52 |

| EMPLOYER PAID BENEFITS | Amount | YTD |
|---|---|---|
| PSERS Employer | 200.65 | 4,479.36 |
| **BENEFITS Total:** | 903.96 | 6,417.99 |

Verify your mailing address on the bottom portion of your direct deposit receipt. If incorrect, please complete a new Certificate of Residence Form under the CASD Business & Finance Site under forms. Your mailing address will print on your W-2.

| EMPLOYEE DEDUCTIONS | Amount | YTD |
|---|---|---|
| FICA - Social Security | 35.97 | 938.79 |
| Local Oxford Twp, Adams 1.5% | 8.70 | 227.07 |
| PSERS Employee | 45.02 | 1,182.96 |
| FICA - Medicare | 8.41 | 219.55 |
| Health Savings Account - Employee | 20.00 | 200.00 |
| PA Unemployment | 0.36 | 9.47 |
| PA State | 17.81 | 464.83 |
| Direct Deposit Net Pay | 463.93 | 12,056.92 |
| **DEDUCTIONS Total:** | 600.20 | 15,299.59 |

| LEAVE ACCUMULATED | Beg Bal | Used | Accr | Adj | Bal |
|---|---|---|---|---|---|
| 186-208 FT SA SUPPORT PERSONAL | 1.50 | 0.50 | 3.00 | 0.00 | 4.00 |
| 186-194 SUPPORT SICK | 2.50 | 3.50 | 10.00 | 0.00 | 9.00 |

| EMPLOYER PAID BENEFITS | Amount | YTD |
|---|---|---|
| BC Prem Div 65 QHDHP CAESPA Sec 125 | 654.13 | 654.13 |
| FICA - Medicare | 8.41 | 219.55 |
| Workers Compensation | 4.80 | 126.16 |
| FICA - Social Security | 35.97 | 938.79 |

**Net Amount:** $463.93

---

**Chambersburg Area School District**
435 Stanley Avenue
Chambersburg, PA 17201-3605

**DIRECT DEPOSIT RECEIPT**
PAYROLL
PAY DATE: 12/21/2018

**TOTAL DIRECT DEPOSIT NET PAY:**

***Four Hundred Sixty Three and 93/100 Dollars***           $463.93

Hinton-Hardison, Lisa M                **NON - NEGOTIABLE**
85 Kevin Dr
New Oxford, PA 17350-8861

Chambersburg Area School District
435 Stanley Avenue
Chambersburg, PA 17201-3605

**Chambersburg Area School District**  Chambersburg, PA 17201-3605

| Employee Name | Period | Pay Cycle | End Date | Pay Date | Deposit Date |
|---|---|---|---|---|---|
| Hinton-Hardison, Lisa M | 12 | Salary Bi-weekly 1 | 12/09/2018 | 12/07/2018 | 12/7/2018 |

Federal Status: Married, Exe: 1 | State: PA 3.07%

| EARNINGS | Reg Hrs | O/T Hrs | Rate | Amt | Over time | FTD | YTD |
|---|---|---|---|---|---|---|---|
| Other Accum. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,178.06 | 2,178.06 |
| ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Teacher Assistant | 0.00 | 0.00 | 0.00 | 589.62 | 0.00 | 5,306.58 | 12,729.84 |
| Highly Qualified | 0.00 | 0.00 | 0.00 | 10.58 | 0.00 | 95.22 | 264.42 |
| **EARNINGS Total:** | 0.00 | 0.00 | | 600.20 | | 7,579.86 | 15,172.32 |

| EMPLOYER PAID BENEFITS | Amount | YTD |
|---|---|---|
| FICA - Social Security | 35.97 | 902.82 |
| **BENEFITS Total:** | 934.42 | 25,538.29 |

| EMPLOYEE DEDUCTIONS | Amount | YTD |
|---|---|---|
| FICA - Medicare | 8.41 | 211.14 |
| Health Savings Account - Employee | 20.00 | 180.00 |
| PA Unemployment | 0.36 | 9.11 |
| FICA - Social Security | 35.97 | 902.82 |
| PA State | 17.81 | 447.02 |
| PSERS Employee | 45.02 | 1,137.94 |
| Local Oxford Twp, Adams 1.5% | 8.70 | 218.37 |
| Direct Deposit Net Pay | 463.93 | 11,592.99 |
| **DEDUCTIONS Total:** | 600.20 | 14,699.39 |

| LEAVE ACCUMULATED | Beg Bal | Used | Accr | Adj | Bal |
|---|---|---|---|---|---|
| 186-194 SUPPORT SICK | 2.50 | 3.50 | 10.00 | 0.00 | 9.00 |
| 186-208 FT SA SUPPORT PERSONAL | 1.50 | 0.50 | 3.00 | 0.00 | 4.00 |

| EMPLOYER PAID BENEFITS | Amount | YTD |
|---|---|---|
| PSERS Employer | 200.65 | 4,278.71 |
| FICA - Medicare | 8.41 | 211.14 |
| Workers Compensation | 4.80 | 121.36 |
| xBC Prem Div 60 Base CAESPA Sec 125 | 684.59 | 20,024.26 |

**Net Amount:** $463.93

---

**Chambersburg Area School District**
435 Stanley Avenue
Chambersburg, PA 17201-3605

**DIRECT DEPOSIT RECEIPT**
PAYROLL
PAY DATE: 12/07/2018

**TOTAL DIRECT DEPOSIT NET PAY:**
***Four Hundred Sixty Three and 93/100 Dollars***   $463.93

Hinton-Hardison, Lisa M
85 Kevin Dr
New Oxford, PA 17350-8861

**NON - NEGOTIABLE**

Chambersburg Area School District
435 Stanley Avenue
Chambersburg, PA 17201-3605