```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-00245-HWV
Reece Christopher Hardison                                          Chapter 13
Lisa Marie Hinton Hardison
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: CGambini           Page 1 of 2           Date Rcvd: Apr 02, 2019
                             Form ID: ntcnfhrg        Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
```
db/jdb         +Reece Christopher Hardison,    Lisa Marie Hinton Hardison,    P O Box 594,
                 New Oxford, PA 17350-0594
5152612         Bayview Loan Servicing, LLC,    P O Box 650091,    Dallas, TX 75265-0091
5152613        +Credit Bureau of York,    33 S. Duke Steet,    York, PA 17401-1485
5152614        +Department of Ed/Navient,    123 Justison Street,    3rd,    Wilmington, DE 19801-5360
5152616        +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5178348        +Wellspan Health,    1001 S George St,    York, PA 17403-3676
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5178208        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 02 2019 19:40:36
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
5157345         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2019 19:47:34      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5154977         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2019 19:47:55
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5152615        +E-mail/Text: bknotice@ercbpo.com Apr 02 2019 19:40:30      Enhanced Recovery Company,
                 P O Box 57547,    Jacksonville, FL 32241-7547
5152617        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 02 2019 19:40:26      Midland Funding LLC,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
5152619         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2019 19:47:56
                 Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502
5180347         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2019 19:47:56
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5152872        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2019 19:58:22
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5152618         E-mail/Text: blegal@phfa.org Apr 02 2019 19:40:28      Pennsylvania Housing Finance Agency,
                 P O Box 15206,    Harrisburg, PA 17105-5206
5157332         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2019 19:47:47
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
5152620         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 02 2019 19:47:56      Regional Acceptance Corp.,
                 P O Box 580075,    Charlotte, NC 28258-0075
5165501         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 02 2019 19:47:56      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
5175419         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 02 2019 19:47:57      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
5152621        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 02 2019 19:40:00
                 Verizon Wireless,    P O Box 650051,    Dallas, TX 75265-0051
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: CGambini            Page 2 of 2            Date Rcvd: Apr 02, 2019
                               Form ID: ntcnfhrg         Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Larry W. Wolf    on behalf of Debtor 2 Lisa Marie Hinton Hardison ephillips@larrywwolf.com
          Larry W. Wolf    on behalf of Debtor 1 Reece Christopher Hardison ephillips@larrywwolf.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                       TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Reece Christopher Hardison,

**Debtor 1**

Lisa Marie Hinton Hardison,

**Debtor 2**

Chapter 13

Case No.  1:19–bk–00245–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 1, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 8, 2019 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 2, 2019 |

ntcnfhrg (03/18)