UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: REECE C. HARDISON

Debtor          CASE NO. 1-19-00245 HWV

CHAPTER 13

**DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS
1129(a) (14), 1225 (a)(7), and 1325 (a) (8) and (a)(9)**

I Larry W. Wolf, Esquire, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing scheduled for May 8, 2019.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State and Local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtors, that the Debtors were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: **April 30, 2019**          By: **/s/ Larry W. Wolf, Esquire**
                                           Larry W. Wolf, Esquire- Counsel for Debtors

                                               By: **/s/ Reece C. Hardison**