UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  REECE C. HARDISON
        LISA M. HARDISON         CASE NO. 1-19-00245

        Debtor(s)         CHAPTER 13

REECE C. HARDISON
LISA M. HARDISON

        Movants

vs.

PENNSYLVANIA HOUSING FINANCE
AGENCY – HEMAP

        Respondent

CHARLES DEHART, III, Esq. Trustee

CERTIFICATE OF SERVICE

AND NOW, this 4th day of September 2019, I, Larry W. Wolf, Esq. counsel for debtors Reece C. Hardison and Lisa M. Hardison, hereby certify that a copy of the foregoing MOTION TO DETERMINE SECURED STATUS and 1ST AMENDED CHAPTER 13 PLAN was served upon the following at the address noted by mailing a true and correct copy by certified mail :

PENNSYLVANIA HOUSING FINANCE
AGENCY  HEMAP
211 North Front Street
P O Box 15206
Harrisburg, PA  17105-5206

          Respectfully submitted,

          /s/**Larry W. Wolf, Esq**.
          215 Broadway
          Hanover, PA  17331