UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: REECE CHRISTOPHER HARDISON<br>and LISA MARIE HINTON HARDISON<br>    Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| REECE CHRISTOPHER HARDISON<br>and LISA MARIE HINTON HARDISON<br>    Respondent(s) | : | CASE NO. 1-19-bk-00245 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO
## AMENDED CHAPTER 13 PLAN

AND NOW, this 9th day of October, 2019, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about June 12, 2019 be withdrawn, as all issues have been resolved.

                                        Respectfully submitted:

                                        /s/Charles J. DeHart, III
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
                                        (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 9th day of October, 2019, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Larry Wolf, Esquire
215 Broadway
Hanover, PA 17331

                                        /s/Deborah A. Behney
                                        Office of Charles J. DeHart, III
                                        Standing Chapter 13 Trustee23