UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   REECE C. HARDISON
        LISA M. HARDISON                CASE NO. 1-19-00245

        Debtor(s)                     CHAPTER 13

**BAYVIEW LOAN SERVICING, LLC**

        Movant

vs.

**REECE C. HARDISON**
**LISA M. HARDISON**
        Debtors

**CHARLES J. DEHART, III. ESQ.**

        Trustee

ANSWER TO MOTION OF BAYVIEW LOAN SERVICING, LLC FOR
RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied. Debtors wish keep there home and will agree to a Stipulation to file and

Amended Plan to cure the post petition arrears.

9. Admitted.

10. Admitted.

**WHEREFORE**, Debtors request this honorable court deny the Motion of Bayview Loan Servicing, LLC for Relief from the Stay and allow Debtors to file an amended Plan to cure the arrears.

Respectfully submitted,

/s/ Larry W. Wolf, Esq.
215 Broadway
Hanover, PA 17331
717-632-0067