UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: REECE HARDISON
LISA HARDISON

CASE NO. 1-19-00245

Debtor

CHAPTER 13

**WITHDRAWL OF COUNSEL:**

Please withdraw my appearance as counsel for the above Debtor(s)

_____
Larry W. Wolf, Esq.
215 Broadway
Hanover, PA 17331
Larrywolf916@yahoo.com
717-451-4564

**ENTRY OF APPEARANCE AS COUNSEL:**

Please enter my appearance as new counsel for the above Debtor(s)

_____
CGA LAW FIRM, P.C.
135 N. George Street
York, PA 17401
Hailey Rohrbaugh
hrohrbaugh@cgalaw.com