United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Reece Christopher Hardison

Lisa Marie Hinton Hardison

    Debtors

Case No. 19-00245-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1              User: AutoDocke              Page 1 of 3

Date Rcvd: Oct 18, 2022          Form ID: pdf010             Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Reece Christopher Hardison, P O Box 594, New Oxford, PA 17350-0594 |
| jdb | #+ | Lisa Marie Hinton Hardison, P O Box 594, New Oxford, PA 17350-0594 |
| 5152612 | | Bayview Loan Servicing, LLC, P O Box 650091, Dallas, TX 75265-0091 |
| 5152613 | + | Credit Bureau of York, 33 S. Duke Steet, York, PA 17401-1485 |
| 5178348 | + | Wellspan Health, 1001 S George St, York, PA 17403-3676 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: blegal@phfa.org | Oct 18 2022 18:45:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5178208 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 18 2022 18:44:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 5157345 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2022 18:49:04 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5154977 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2022 18:49:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5368057 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 18 2022 18:44:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5368056 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 18 2022 18:44:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 5152614 | + | Email/PDF: pa_dc_claims@navient.com | Oct 18 2022 18:49:13 | Department of Ed/Navient, 123 Justison Street, 3rd, Wilmington, DE 19801-5360 |
| 5152615 | + | Email/Text: bknotice@ercbpo.com | Oct 18 2022 18:45:00 | Enhanced Recovery Company, P O Box 57547, Jacksonville, FL 32241-7547 |
| 5152616 | ^ | MEBN | Oct 18 2022 18:40:08 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5152617 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2022 18:45:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 5183454 | | Email/PDF: pa_dc_ed@navient.com | Oct 18 2022 18:49:09 | Navient Solutions, LLC. on behalf of, Department |

|  |  |  |  |
|---|---|---|---|
|  |  |  | of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5223738 | Email/Text: blegal@phfa.org | Oct 18 2022 18:45:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 5152619 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2022 18:49:10 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 5180347 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2022 18:49:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5152872 | + Email/PDF: rmscedi@recoverycorp.com | Oct 18 2022 18:49:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5152618 | Email/Text: blegal@phfa.org | Oct 18 2022 18:45:00 | Pennsylvania Housing Finance Agency, P O Box 15206, Harrisburg, PA 17105-5206 |
| 5157332 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2022 18:49:09 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5152620 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 18 2022 18:49:16 | Regional Acceptance Corp., P O Box 580075, Charlotte, NC 28258-0075 |
| 5165501 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 18 2022 18:49:16 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5175419 | Email/PDF: ebn_ais@aisinfo.com | Oct 18 2022 18:49:14 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5152621 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2022 18:44:00 | Verizon Wireless, P O Box 650051, Dallas, TX 75265-0051 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022                    Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

Brian C Nicholas
                    on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth Haley Rohrbaugh
                    on behalf of Debtor 1 Reece Christopher Hardison hrohrbaugh@cgalaw.com
                    kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com

Elizabeth Haley Rohrbaugh
                    on behalf of Debtor 2 Lisa Marie Hinton Hardison hrohrbaugh@cgalaw.com
                    kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com

Jack N Zaharopoulos (Trustee)
                    TWecf@pamd13trustee.com

James Warmbrodt
                    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

Janet M. Spears
                    on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Leon P Haller
                    on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP)
                    lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
                    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Reece Christopher Hardison      Case No. 1:19-00245 HWV
Lisa Marie Hinton Hardison      Chapter 13

ORDER APPROVING MOTION TO
TEMPORARILY SUSPEND CHAPTER 13 PLAN PAYMENTS

UPON CONSIDERATION AND REVIEW of the Motion filed by the Debtors, and it appearing

that Debtors are in need of a suspension of a the Chapter 13 Plan payments, it is hereby:

ORDERED that the Debtors are authorized to suspend their Chapter 13 Plan payment for three

months, specifically for the months of September, October and November, 2022, with these three months

being paid over the life of the Plan, beginning in December, 2022.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 17, 2022

{02174843/1}