## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 19-00245 |
| **Reece Christopher Hardison** | : Chapter 13 |
| **Lisa Marie Hinton Hardison** | : Judge Henry W. Van Eck |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| | : Related Document # |
| | : |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Alyk L. Oflazian
        Alyk L. Oflazian, Esquire (312912)
        Adam B. Hall (323867)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Alyk L. Oflazian.
        Contact email is ALOflazian@manleydeas.com

24-000209_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-00245** |
| **Reece Christopher Hardison** | : **Chapter 13** |
| **Lisa Marie Hinton Hardison** | : **Judge Henry W. Van Eck** |
| | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : |
| | : |
| | : **Related Document #** |
| | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Elizabeth Haley Rohrbaugh, Attorney for Reece Christopher Hardison and Lisa Marie Hinton Hardison, hrohrbaugh@cgalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Reece Christopher Hardison, P O Box 594, New Oxford, PA 17350

Lisa Marie Hinton Hardison, 85 Kevin Drive, New Oxford, PA 17350

/s/ Alyk L. Oflazian

24-000209_PS

Case 1:19-bk-00245-HWV    Doc 67    Filed 01/05/24    Entered 01/05/24 12:13:04    Desc
Main Document      Page 2 of 2